UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA DORSEY,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 25-cv-05525-LJC<br><br>**SCHEDULING ORDER FOR CASES SEEKING REVIEW OF SOCIAL SECURITY DECISION UNDER 42 U.S.C. 405(g)** |

      This case seeks review under 42 U.S.C. § 405(g) of a decision by the Commissioner of Social Security denying plaintiff Social Security payments and is assigned to the Honorable Lisa J. Cisneros.

      **Magistrate Judge Jurisdiction.** This case has been randomly assigned to a magistrate judge, who, with written consent of all parties, may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment and post-trial motions, with appeal directly to the United States Court of Appeals for the Ninth Circuit. See "Consenting to the Jurisdiction of a Magistrate Judge" on the Court's webpage at www.cand.uscourts.gov for more information.

      Plaintiff or the removing party must complete and file the attached form "Consent or Declination to Magistrate Judge Jurisdiction" within 14 days of case initiation, and all other parties must file within 14 days of appearing in the case, or as otherwise ordered by the Clerk or magistrate judge.

      **Important case management dates.** Unless the court orders otherwise, counsel must comply with the briefing schedule described below, upon the conclusion of which the matter will be deemed submitted for decision without oral argument.

| Case Management Event | Deadline |
|---|---|
| Notice provided by Court to defendant of filing of action. (See Supplemental Rules for Social Security Action under 42 U.S.C. § 405(g)). | 7/1/2025 |
| Last day to file answer (may be limited to a certified copy of the administrative records, and to any affirmative defenses under Fed. R. Civ. P. 8(c)). | 60 days after Commissioner receives notice of lawsuit |
| Last day for plaintiff to file and serve on Commissioner a brief for the requested relief (file in ECF as "Motion - Brief in Social Security Action"). | 30 days after service of Commissioner's answer |
| Last day for Commissioner to file and serve brief on plaintiff. | 30 days after service of plaintiff's brief |
| Last day for plaintiff to file and serve reply brief on the Commissioner. | 14 days after service of Commissioner's brief |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA DORSEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 25-cv-05525-LJC<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

　☐ **CONSENT to Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

　**OR**

　☐ **DECLINE Magistrate Judge Jurisdiction**

　　In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____　　NAME: _____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　*Signature or "/s/"*
　　　　　　　　　　　COUNSEL FOR
　　　　　　　　　　　(OR "PRO SE"): _____