Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, MELINDA DORSEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA DORSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 25-cv-5525-LJC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, between Plaintiff MELINDA DORSEY and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of fifteen (15) days to file Plaintiff's Opening Brief in a Social Security Matter. The current due date is September 29, 2025.  The new due date will be October 14, 2025.  This is the first extension of time requested by Plaintiff and is necessary because Plaintiff's attorney is a solo practitioner, has had multiple administrative hearings over the past two weeks and needs additional time to consolidate the numerous legal issues involved in this matter. Counsel for Defendant has indicated that they do not oppose this extension.


Date: September 23, 2025				KATHERINE SIEGFRIED
						  Law Office of Katherine Siegfried, Esq.

					By:	 /s/ *Katherine Siegfried*
						Katherine Siegfried
						Attorney for the Plaintiff

Date: September 23, 2025				PATRICK D. ROBBINS

Acting United States Attorney

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant United States Attorney
Attorneys for Defendant
(As authorized per email)

**ORDER**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED.

Dated: September 23, 2025

_____
Hon. Lisa J. Cisneros
U.S. MAGISTRATE JUDGE